CLERK=S OFFICE                                        CO-932
UNITED STATES DISTRICT COURT                          Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

## NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk=s records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I.  RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

    A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e=s) below.]

    [ ] (a) relates to common property

    [X] (b) involves common issues of fact

    [X] (c) grows out of the same event or transaction

    [ ] (d) involves the validity or infringement of the same patent

    [ ] (e) is filed by the same pro se litigant

2.  RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

    A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

    Check box if new case is related to a dismissed case: [ ]

3.  NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
    See Annex
    _____

4.  CAPTION AND CASE NUMBER OF RELATED CASE(E=S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

    See Annex _____ v. _____ C.A. No. _____

    June 8, 2010          _____
    DATE                  Signature of Plaintiff /Defendant (or counsel)

# ANNEX TO NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT

Applicants, Ricardo Reis Veiga and Rodrigo Pérez Pallares, through their counsel and pursuant to Local Rule 40.5, hereby supplements its Notice of Designation of Related Civil Cases and states as follows:

1. *Republic of Ecuador v. Chevron Corp. and Texaco Petroleum Co.*, No. 09 Civ. 9958-LBS (S.D.N.Y.): Petition to stay arbitration in the Southern District of New York brought by the Republic of Ecuador and plaintiffs in a civil suit in Ecuador.

2. *Chevron Corporation v. Cristobal Bonifaz, et al.*, Case No. C 09-05371 EMC (N.D. Cal.) ("Bonifaz litigation"): Complaint for malicious prosecution by Chevron against Cristóbal Bonifaz and his law firm.

3. *Petitioner Chevron v. Respondents Stratus Consulting, Inc., et al.*, Case No. 10-cv00047-JLK (D. Colo.): Application by Chevron in the United States District Court for the District of Colorado for § 1782 discovery from Stratus Consulting and associated individual respondents.

4. *In re Application of Chevron Corporation, et al.*, Misc. No. M-19-111 (S.D.N.Y.): Application by Chevron and Rodrigo Pérez Pallares and Ricardo Reis Veiga in the United States District Court for the Southern District of New York for § 1782 discovery from Joseph Berlinger; Crude Productions, LLC; Third Eye Motion Picture Company, Inc.; Michael Bonfiglio; and Radical Media d/b/a/ @Radicalmedia.Com, Inc.

5. *In re Application of Chevron Corporation*, Misc. No. 4:10-MC-134 (S.D.Tex): Application by Chevron in the United States District Court for the Southern District of Texas for § 1782 discovery from 3TM Consulting and 3TM International.

6. *In re Application of Chevron Corporation for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings*, No. 10-cv-2675 (SRC) (D.N.J.): Application by Chevron in the United States District Court for the District of New Jersey for § 1782 discovery from Uhl, Baron, Rana & Associates, Inc. and Juan Cristóbal Villao Yepez.

7. *In re Application of Chevron Corporation for an order under 28 U.S.C. § 1782*, No. 10-cv-1146IEG (WMC) (S.D.Cal.): Application by Chevron in the United States District Court for the Southern District of California for § 1782 discovery from E-Tech International and William Powers.